IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Frankie L. Doctor, | ) | C/A: 0:14-425-JFA-PJG |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Warden Mansukhani, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court upon petitioner's motion for an extension of time to file objections to the Magistrate Judge's Report and Recommendation. The petitioner seeks a 21-day extension contending that he did not receive the Report and Recommendation until April 4, 2014 and the deadline to file objections expired on April 7, 2014.

A review of the docket reveals that petitioner's typed § 2241 petition lists his federal inmate number as "82859-071." The Report and Recommendation was entered on the docket and mailed to the petitioner on March 24, 2014 using the inmate number "82859-071" which he provided. The copy of the Report mailed to the petitioner was returned to the Clerk's office by the U.S. Postmaster on March 31, 2014 marked "Returned to Sender, Unable to Identify." The Clerk then verified the petitioner's *correct* inmate number as "85829-071" and re-mailed the Report to the petitioner. Thus, had petitioner provided the correct inmate number on his § 2241 petition to begin with, the Report would have likely reached him well before the objection deadline expired.

1

In any event, the court will grant the petitioner's motion (ECF No. 14) and allow him to file his objections on or before April 30, 2014. No further extensions will be granted.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

April 14, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge