UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Frankie L. Doctor, | ) | C/A No. 0:14-425-JFA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Warden Mansukhani, | ) | |
| | ) | |
| Respondent. | ) | |

By Order entered December 19, 2014 (ECF No. 31), this court adopted the Report and Recommendation of the Magistrate Judge assigned to this case, granted the respondent's motion to dismiss, and dismissed the § 2241 petition. Now before the court is the petitioner's motion for reconsideration of that Order. The petitioner filed a notice of appeal of this court's decision on January 5, 2015 and that appeal is now pending before the Fourth Circuit Court of Appeals.

After carefully reviewing the matter, the court finds that its December 19, 2014 Order, and the Magistrate Judge's Report and Recommendation, adequately set forth the court's reasoning in dismissing this action. Accordingly, the motion for reconsideration is denied (ECF No. 39).

IT IS SO ORDERED.

January 22, 2015                                          Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge